```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Volodymyr Kvashuk

    v.                                                                                      Case No. 23-cv-7-SE

FCI Berlin, Warden

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 24, 2024. For the reasons explained therein, the respondent's motion for summary judgment (Doc. No. 8) is granted.

                                                      _____
                                                      Samantha D. Elliott
                                                      United States District Judge

Date: March 28, 2024

cc:   Volodymyr Kvashuk, pro se
       Heather A. Cherniske, Esq.